CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

11/29/2023

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| AUTO RECYCLERS, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 6:23-cv-00042-EKD |
| | ) |
| v. | ) By: Elizabeth K. Dillon |
| | )     United States District Judge |
| SCHUTTE-BUFFALO, HAMMERMILL, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that defendant's partial motion to dismiss (Dkt. No. 3) is DENIED. Additionally, and consistent with Federal Rule of Civil Procedure 12(a)(4)(A), defendant shall file an answer to all claims in the amended complaint within fourteen days.

The clerk is directed to send a copy of this order and the memorandum opinion to all counsel of record.

Entered: November 29, 2023.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge